THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ISAAC BROWN, Respondent.

Argued April 12, 1943; decided May 27, 1943.

*Elbert T. Gallagher, District Attorney* (*John J. Dillon* of counsel), for appellant.

*Mortimer C. O'Brien* and *Morton Sokol* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.